Patrick Bovea **TAYLOR,** Sr.,
Plaintiff–Appellant,

v.

Ms. **DEAN,** Correction Officer;  Benry Smith;  Ronald Green;  Jesse Coal;  Dontay Taylor;  Ronald Clark, Defendants–Appellees.

No. 01–6071.

United States Court of Appeals,
Fourth Circuit.

Submitted May 31, 2001.

Decided June 8, 2001.

Patrick Bovea Taylor, Sr., pro se.

Before WILKINS, TRAXLER, and
KING, Circuit Judges.

PER CURIAM.

Patrick Bovea Taylor, Sr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Taylor v. Dean,* No. CA–00–1476–AM (E.D.Va. filed Dec. 6, 2000;  entered Dec.

7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*